CASTRILLÓN & CÍA., DEMANDANTE Y APELADA, *v.* JUEZ MUNICIPAL SUSTITUTO DE SAN JUAN, DEMANDADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección Segunda, sobre un recurso de *certiorari.*

No. 2073.—Resuelto en diciembre 5, 1919.

APELACIÓN PREMATURA—SENTENCIA NO REGISTRADA—DESESTIMACIÓN DE APELACIÓN.—Una apelación interpuesta contra una sentencia antes de haberse registrado ésta en el libro correspondiente, es prematura y debe ser desestimada.

Los hechos están expresados en la opinión.
Abogado del apelante: *Sr. Adrián Agosto.*
Abogado de la apelada: *Sr. Luis Méndez Vaz.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

La cuestión envuelta en este caso es la de si debe desestimarse o no una apelación interpuesta contra una sentencia dictada por la Corte de Distrito de San Juan, Sección Segunda, en cierto recurso de *certiorari.* La parte apelada solicita que lo sea entre otros motivos porque se interpuso antes de que se registrara la sentencia.

Según los autos, la apelación se interpuso el 23 de junio de 1919, y según la certificación expedida por el secretario de la Corte de Distrito de San Juan, Sección Segunda, la sentencia se dictó en corte abierta el 19 de junio de 1919, pero no se registró en el libro de sentencias hasta el 11 de julio del mismo año.

Siendo esto así, es necesario reconocer que la apelación se estableció antes de tiempo y que, en tal virtud, debe ser desestimada.

La cuestión no es nueva. Desde 1905, esta corte dijo: "Una apelación interpuesta contra una sentencia, antes de haberse registrado en el libro de sentencia de la corte de distrito, es prematura, y debe ser desestimada." *La Compañía de los Ferrocarriles et al.* v. *La Compañía Línea Férrea del Oeste et al.,* 8 D. P. R. 427. Véanse también los casos *Schroder* v. *Schmidt,* 71 Cal. 399, y *Coon* v. *United Order of Honor,* 76 Cal. 354, en los que se establece igual jurisprudencia.

Debe desestimarse la apelación.

*Desestimado el recurso.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf y Aldrey.

El Juez Asociado Sr. Hutchison no intervino en la resolución de este caso.